BRIAN THOMAS BAILEY
116 MOUNT BASS
LONG BEACH, MS 39560

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

EHARMONY
10900 WILSHIRE BLVD
LOS ANGELES, CA 90024

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

GUILD MORTGAGE COMPANY
ATTN: BANKRUPTCY
P.O. BOX 85046
SAN DIEGO, CA 92186

KERI SMITH
9512 BRENTWOOD BLVD
NAVARRE, FL 32566

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

MERCURY
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

PLUSFINANCE
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101